ACCEPTED
12-14-00280-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/2/2015 3:37:26 PM
CATHY LUSK
CLERK

NO. 12-14-00280-CV

IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/2/2015 3:37:26 PM
CATHY S. LUSK
Clerk

TYLER, TEXAS

TONDA HARRIS HELMS,

*Appellant,*

V.

MARY FRANCES SWANSEN,

*Appellee.*

## MOTION FOR EXTENSION OF TIME TO FILE

## APPELLEE'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Appellee files this Motion for Extension of Time to File Appellee's Brief and in support shows the following:

1.     Appellee's Brief is due on March 13, 2015.  Appellee requests an extension of time of approximately thirty days, to April 10, 2015, to file its Brief.

2.     Appellee relies on the following facts as a reasonable explanation for the requested extension of time.   Appellee's counsel, in addition to preparing a brief in this case must also devote time to the following additional matters:

During the week of February 23, 2015, attorney for Appellee's office has been closed due

to bad weather and undersigned attorney has been sick with the stomach flu, and is recovering from same.

Further, during the week of March 2, 2015, attorney for Appellee has two out of county court hearings and trials travel regarding same and one in county scheduled that will require preparation.

In addition, during the week if March 9, 2015, attorney for Appellee has a pre-paid cruise Vacation which has been scheduled and prepaid since October 13, 2014 and will be departing Friday, March 6, 2015 and will not be back in the office until March 16, 2015.

3.      The undersigned has conferred with opposing counsel, Johnathan Wharton, who indicated that he has  no opposition to this request for an extension of thirty days for the filing of appellee's brief.

Therefore, Appellee prays that this Court grant this motion for extension of time.

Respectfully submitted,

ROBERT HINDMAN
5620 Old Bullard Road, Suite 105
Tyler, Texas 75703
Tele:  (903) 581-9960
FAX:  (903) 534-0647
State Bar No. 09684500
attorney@tyler.net
ATTORNEY FOR APPELLEE

**CERTIFICATE OF CONFERENCE**

As required by Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with counsel for Appellant, Mr. Jonathan Wharton, who indicated that this motion is unopposed.

ROBERT HINDMAN

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via Certified and Regular U.S. Mail to the following on this the 2nd day of March, 2015.

Mr. Jonathan Wharton
SNOW E. BUSH. JR., P.C.
420 N. Center Street
Longview, Texas 75601
Fax: (903) 753-7278
Jonathanwharton1@sbcglobal.net

ROBERT HINDMAN
Attorney for Appellee